IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3113 |
| ) | |
| JOHANNA R. MICKELSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Extend Deadline for Filing Statement per Paragraph Six on Sentencing Schedule and Continue Sentencing Hearing, filing 28, from April 9, 2009, for approximately two weeks and to continue the sentencing date now set for April 23, 2009, for approximately two weeks. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's Statement per Paragraph Six shall now be due on the 23rd day of April, 2009, and the sentencing hearing shall be continued until the 14th day of May, 2009, at 1:00 p.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by extending the Defendant's deadline and continuing Defendant's sentencing hearing.

Dated this 1st day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge