IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHANNA R. MICKELSON, )<br>)<br>Defendant. ) | Case No. 4:08CR3113 |

## **ORDER**

THIS MATTER comes before the Court on Defendant's Amended Request to File A Restricted Document, filing 38. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file Defendant's Index of Evidence and attachment restricted.

IT IS FURTHER ORDERED that said Index and attachment be made available to case participants only.

IT IS FURTHER ORDERED that filing 35 is denied as moot.

DATED this 8th day of May, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge